**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 03-cv-01402 REB-MJW

DIRECTV, INC.,

      Plaintiff,

v.

KENNETH HUGHES,

      Defendant.

---

**ORDER**

---

**Blackburn, J**

This matter is before me on the **Stipulation and Agreement for Release of Garnishee and Division of Garnished Funds with Waiver of Service of Notice Exemption and Pending Levy** [#14], filed August 31, 2007.  The plaintiff moves for an order releasing the garnishee from a Writ of Garnishment on terms stated in the stipulation. The motion is granted.

The court has entered judgment [#8], filed June 7, 2004, in this case against the defendant and in favor of the plaintiff.  On July 31, 2007, the plaintiff served a Writ of Garnishment With Notice of Exemption and Pending Levy on Wells Fargo Bank N.A., the garnishee.  The plaintiff, the defendant, and the garnishee have stipulated to the release of the Writ of Garnishment on certain terms specified in the stipulation.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation and Agreement for Release of Garnishee and Division of Garnished Funds with Waiver of Service of Notice Exemption and Pending Levy** [#14],

filed August 31, 2007, is **APPROVED**;

2.  That the garnishee, Wells Fargo Bank, N.A., **SHALL BE RELEASED** from the obligations associated with the Writ of Garnishment With Notice of Exemption and Pending Levy, served on the garnishee on July 31, 2007, after the garnishee fulfills the two conditions specified in paragraphs three (3) and four (4) below;

3.  That the garnishee **SHALL FORWARD** the sum of seven thousand seven hundred twenty-one dollars ($7,721.00) to the Clerk of the United States District Court for the District of Colorado, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado, 80294, referencing Case No. 03-cv-01402 REB-MJW;

4.  That on tender of the payment specified in paragraph three (3) above, the garnishee **SHALL RELEASE** the balance of the funds subject to the Writ of Garnishment With Notice of Exemption and Pending Levy to the account held by the defendant at Wells Fargo Bank, N.A.;

5.  That after the Clerk of the Court has received the funds to be tendered by the garnishee, the Clerk of the Court **SHALL PAY** the funds tendered by the garnishee to the plaintiff, DirecTV, Inc.;

6.  That the Clerk of the Court **SHALL DELIVER** the funds to the plaintiff by mailing a check payable to DirecTV, Inc., in the amount of seven thousand seven hundred twenty-one dollars ($7,721.00), to the plaintiff's counsel of record, John A. DeSisto, Featherstone Petrie DeSisto, LLP, 600 17th Street, #2400, Denver, CO, 80202.

Dated September 5, 2007, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**